IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN J. FITZGERALD,                :
                                    :
        Plaintiff,                  :   CIVIL ACTION
                                    :
   v.                               :   No. 08-cv-3781
                                    :
BANK OF AMERICA CORPORATION and     :
BANK OF AMERICA CORPORATE           :
SEVERANCE PLAN,                     :
                                    :
        Defendants.                 :

## ORDER

AND NOW, this 10th day of November, 2009, upon consideration of Defendants' Motion for Summary Judgment(Doc. Nos. 29, 30), it is ordered that the Motion is GRANTED for reasons set out in the attached Memorandum.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.